IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISABEL TUBACH,

        Plaintiff,                    No. 2:12-cv-2893 KJN P

    vs.

JERRY BROWN, et al.,

        Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding without counsel or "pro se," has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. The complaint alleges violations of plaintiff's civil rights during her incarceration at Central California Women's Facility, in Chowchilla, California. Thus, such violations allegedly took place in Madera County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the

////

////

1

district court.[1]  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California, sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED:  December 12, 2012

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tuba2893.22

---

[1] The undersigned recently recommended dismissal of a similar case filed by plaintiff in this division, due to duplicative filings in the Fresno division. See Tuback v. Brown, Case No. 2:12-cv-2830 KJN P (Dkt. No. 5.)  Although the instant complaint contains similar allegations, several additional defendants are named.  For this reason, the undersigned relies on the court's venue provisions to transfer this case to the Fresno division, the proper forum for assessing whether the instant complaint states a potentially cognizable claim.